474 A.2d 351

Consolidated Alum., Appellant, v. Western Fr. Assn. Inc.
Reargument Denied May 16, 1984.

Petition for Allowance of Appeal
Denied Sept. 27, 1984.

Argued September 20, 1983. Malcolm H. Waldron, Jr., for appellant; David L. Topel, for appellee.

Before CIRILLO, JOHNSON and CERCONE, JJ.

Order affirmed.